Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> v. <br> ERIC L. WRIGHT, Jr., <br> Defendant. | NO. CR13-5637BHS <br><br> ORDER TO SEAL |

Having read the Government's Sentencing Memorandum in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Sentencing Memorandum be allowed to remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum in this matter shall remain sealed.

DATED this 3rd day of March, 2014.

_[signature]_
BENJAMIN H. SETTLE
United States District Judge

ORDER TO SEAL - 1
*United States v. Eric Wright*, CR13-5637BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800