JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERIC LAWRENCE WRIGHT, <br><br> Defendant. | NO. CR13-5637BHS <br><br> ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM |

The Court having considered the Motion for Order Sealing Defendant's Sentencing Memorandum, NOW THEREFORE

IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum is to be sealed.

DONE this 3 day of March, 2014.

Benjamin H. Settle
United States District Judge

Presented by:

s/ Jerome Kuh
Jerome Kuh
Attorney for Eric L. Wright

ORDER SEALING – page 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710